JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

2:04-73

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

CARLSON SOFTWARE, INC. and
KENNETH TRENT

## DEFENDANTS

EAGLE POINT SOFTWARE CORPORATION

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __MASON__
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

STITES & HARBISON
250 WEST MAIN ST., SUITE 2300
LEXINGTON, KY 40507
859-226-2300

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 2 U.S. Government
Defendant

☐ 3 Federal Question
(U.S. Government Not a Party)

☒☒4 Diversity
(Indicate Citizenship of
Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒X | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

DECLARATORY JUDGMENT RELATING TO AN EMPLOYMENT CONTRACT

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med Malpractice | ☐ 625 Drug Related Seizure of Property 21 USC 881 | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury— | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | ☐ 368 Asbestos Personal Injury Product | ☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | Liability | Liability | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | | **SOCIAL SECURITY** | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 790 Other Labor | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | Habeas Corpus: | Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 530 General | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 535 Death Penalty | Security Act | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| | | ☐ 550 Other | | | |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
another district
(specify)

☐ 6 Multidistrict
Litigation

☐ 7 Appeal to District
Judge from
Magistrate
Judgment

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND $**
DECLARATORY
JUDGMENT

Check YES only if demanded in complaint:
**JURY DEMAND:**  ☐ YES  ☒ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions):

JUDGE _____   DOCKET NUMBER _____

DATE 4-14-04

SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

# *Civil*
# *Case Assignment*

Case number **2:04CV-73**

Assigned : Senior Judge William O. Bertelsman
Judge Code : 4307

Designated Magistrate Judge :
Magistrate Judge Code :

Assigned on 04/14/2004

Request New Judge .....

113001

AO82
(Rev. 4/97)

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
for the
**EASTERN DISTRICT OF KENTUCKY**
at *Lexington*

RECEIVED FROM *Stites & Harbison*
*250 W. Main St.*
*Lexington, Ky. 40501*

| Fund | | ACCOUNT | AMOUNT | |
|---|---|---|---|---|
| 6855XX | Deposit Funds | 086900 | 100 | 00 |
| 604700 | Registry Funds | 51000 | 90 | 00 |
| | General and Special Funds | | | |
| 508800 | Immigration Fees | | | |
| 085000 | Attorney Admission Fees | | | |
| 086900 | Filing Fees | | | |
| 0869PL | Filing Fee Prisoner Lit. | TOTAL | 150 | 00 |
| 322340 | Sale of Publications | | | |
| 322350 | Copy Fees | Case Number or Other Reference | | |
| 322360 | Miscellaneous Fees | 2:04 cv 73 | | |
| 143500 | Interest | | | |
| 322380 | Recoveries of Court Costs | | | |
| 322386 | Restitution to U.S. Government | *Carlson Software* | | |
| 109900 | Misc. Fines, Penalties, etc. | *et. al. vs. Eagle* | | |
| 121000 | Conscience Fund | *Pt. Software Corp* | | |
| 129900 | Gifts | | | |
| 504100 | Crime Victims Fund | | | |
| 613300 | Unclaimed Monies | | | |
| 510000 | Filings Spec. Acct | | | |
| 5100PL | Filings Spec. Acct. Prisoner Lit. | | | |
| 510100 | Registry Admin. Acct. | #45207 | | |

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

| DATE | 4-15 | 20 | Cash | Check | M.O. | Credit | DEPUTY CLERK: |
|---|---|---|---|---|---|---|---|
| | | | | | | | Jackie Seitsam |

U.S. GOVERNMENT PRINTING OFFICE: 2002-738-522

# United States District Court

EASTERN _____ **DISTRICT OF** _____ KENTUCKY, COVINGTON DIVISION

CARLSON SOFTWARE, INC. AND
KENNETH TRENT,

          PLAINTIFFS

             **V.**

EAGLE POINT SOFTWARE
CORPORATION,

          DEFENDANT

**SUMMONS IN A CIVIL ACTION**

**CASE NUMBER:** 2:04cv73

**TO:** (Name and Address of Defendant)

KENTUCKY SECRETARY OF STATE
ROOM 86, STATE CAPITOL
ATTENTION:  SERVICE OF SUMMONS
FRANKFORT, KY 40601

FOR SERVICE UPON: JOHN BIVER, PRESIDE
EAGLE POINT SOFTWARE CORPORATION
4131 WEST MARK DRIVE
DUBUQUE, IOWA 52002

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)

GREGORY P. PARSONS
STITES & HARBISON
250 W. MAIN STREET, SUITE 2300
LEXINGTON, KY 40507
TELEPHONE:  859-226-2314

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

LESLIE G. WHITMER

**CLERK**

_Jackie Seltsam_

**BY DEPUTY CLERK**

APR 1 5 2004

**DATE**

_O + 2 copies svs - fw_
_Sec. of St. service_