

COMMONWEALTH OF KENTUCKY
OFFICE OF THE SECRETARY OF STATE
P. O. BOX 718
FRANKFORT, KENTUCKY 40602-0718

Eastern District of Kentucky
**FILED**
APR 27 2004
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

TREY GRAYSON
SECRETARY OF STATE

SERVICE OF SUMMONS
PHONE 502.564.2848 EXT. 440
FAX 502.564.4075

U. S. District Court
Eastern District
PO Box 1073
Covington, KY  41012


FROM:     Summons Division
          Secretary of State

RE:       Case No.   **2:04-73**

          **Defendant:   EAGLE POINT SOFTWARE CORPORATION**

DATE:     **4/23/2004**


The Office of the Secretary of State was served with a summons
and accompanying documents for the captioned defendant on

**4/16/2004**
This office served the defendant by sending a copy of the summons and
accompanying documents via certified mail, return receipt requested, on

**4/16/2004**


☑    We are enclosing the return receipt confirming receipt
     of summons.

☐    We are enclosing the undelivered letter bearing the
     postal mark:

☐    To date, this office has received neither the postal return receipt
     card, nor the undelivered letter.  Should we receive either, a
     suplemental return to the court will be made.

☐    Supplemental Return.



COMMONWEALTH OF KENTUCKY
OFFICE OF THE SECRETARY OF STATE
P. O. BOX 718
FRANKFORT, KENTUCKY 40602-0718

Eastern District of Kentucky
FILED
APR 27 2004
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

TREY GRAYSON
SECRETARY OF STATE

SERVICE OF SUMMONS
PHONE 502.564.2848 EXT. 440
FAX 502.564.4075

*EAGLE POINT SOFTWARE CORPORATION*
*SERVE: JOHN BIVER, PRESIDENT*
*4131 WEST MARK DRIVE*
*DUBUQUE, IA 52002*

FROM: SUMMONS DIVISION
SECRETARY OF STATE
RE: CASE NO: 2:04-73
COURT: U. S. District Court Eastern District

Covington, KY 41012

DATE: April 16, 2004

Suit has been filed against you in the captioned case. As provided under Kentucky law, a copy of the legal documents is enclosed.

Questions regarding this suit should be addressed to:

(1) Your attorney, or
(2) The attorney filing this suit, or
(3) The court or administrative agency in which the suit is filed

The Kentucky Secretary of State has NO POWER to make a legal disposition of this case. Your responsive pleadings should be filed with the clerk of the court or agency where the suit is filed and served directly on your opposing party.

No copy of future pleadings need be sent to this office unless you wish us to serve the pleading under a particular statute or rule and pay for said service.