

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   4/16/2004    2:04-73

   EAGLE POINT SOFTWARE CORPORATION
   SERVE: JOHN BIVER, PRESIDENT
   4131 WEST MARK DRIVE
   DUBUQUE, IA 52002

2. Article Number (Transfer from service label)
   7003-0500-0004-7450-0953

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X /s/ John F. Biver
☐ Agent
☐ Addressee

B. Received by (Printed Name): John F. Biver
C. Date of Delivery: 4-19-04

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

RESTRICTED DELIVERY

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

*Eastern District of Kentucky*
*FILED*
*APR 27 2004*
*AT COVINGTON*
*LESLIE G. WHITMER*
*CLERK U.S. DISTRICT COURT*