UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

Eastern District of Kentucky
**FILED**
MAY - 7 2004
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

| | |
|---|---|
| CARLSON SOFTWARE, INC. and KENNETH TRENT )<br>)<br>PLAINTIFFS )<br>)<br>v. )<br>)<br>EAGLE POINT SOFTWARE CORPORATION )<br>)<br>DEFENDANT. ) | CIVIL ACTION NO. 04-CV-73-WOB |

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT EAGLE POINT SOFTWARE CORPORATION

Defendant Eagle Point Software Corporation, pursuant to Fed. R. Civ. P. 7.1(a), states that 1) it does not have a parent corporation and 2) no publicly held corporation owns 10 percent or more of Eagle Point Software Corporation stock.

TACHAU MADDOX HOVIOUS & DICKENS PLC
Dustin E. Meek
Brian F. Haara

*/s/ Brian Haara*

2700 National City Tower
101 South Fifth Street
Louisville, Kentucky 40202-3116
(502) 588-2000

Counsel for Defendant Eagle Point Software Corporation

## CERTIFICATE OF SERVICE

I certify that a copy of this Corporate Disclosure Statement was served by first class mail, postage prepaid, on May 5, 2004 upon:

Gregory P. Parsons
Mauritia G. Kamer
STITES & HARBISON PLLC
250 West Main Street, Suite 2300
Lexington, KY 40507-1758

_____
Counsel for Defendant