UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

Eastern District of Kentucky
FILED
JUN 2 2004
AT COVINGTON
LESLIE G WHITMER
CLERK U.S. DISTRICT COURT

CARLSON SOFTWARE, INC. and )
KENNETH TRENT )
                                            )
          PLAINTIFFS    )
                                            )
v.                                        )    CIVIL ACTION NO. 04-CV-73-WOB

EAGLE POINT SOFTWARE )
CORPORATION )
                                            )
          DEFENDANT.    )

### STIPULATED ORDER FOR SECOND ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Plaintiffs Carlson Software, Inc. and Kenneth Trent, and defendant Eagle Point Software Corporation ("Eagle Point"), pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1(b), and based upon on-going negotiations, are in agreement that Eagle Point's time to respond to plaintiffs' Complaint shall be enlarged through and including June 9, 2004. This stipulation is made before the expiration of the period previously agreed for Eagle Point to respond to plaintiffs' Complaint. Eagle Point specifically reserves, and the parties stipulate that Eagle Point has reserved, all defenses, affirmative defenses, challenges to jurisdiction or venue and rights to transfer.

The Court being sufficiently advised;

**IT IS ORDERED** that Eagle Point shall be granted a second enlargement of time to respond to plaintiffs' Complaint through and including June 9, 2004.

Date: June 2, 2004

William O. Bertelsman, Senior Judge
United States District Court

**Have Seen And Agree:**

| | |
|---|---|
| STITES & HARBISON PLLC<br>Gregory P. Parsons<br>Mauritia G. Kamer<br><br>*/s/ signature*<br><br>Suite 2300<br>250 West Main Street<br>Lexington, Kentucky 40507-1758<br>(859) 226-2300<br><br>Counsel for Plaintiffs Carlson Software, Inc.<br>and Kenneth Trent | TACHAU MADDOX HOVIOUS & DICKENS PLC<br>Dustin E. Meek<br>Brian F. Haara<br><br>*/s/ Brian Haara*<br><br>2700 National City Tower<br>101 South Fifth Street<br>Louisville, Kentucky 40202-3116<br>(502) 588-2000<br><br>Counsel for Defendant Eagle Point Software<br>Corporation |

**Distribution:**

Gregory P. Parsons
Mauritia G. Kamer
STITES & HARBISON PLLC
Suite 2300
250 West Main Street
Lexington, Kentucky 40507-1758
(859) 226-2300
Counsel for Plaintiffs Carlson Software, Inc. and Kenneth Trent

Dustin E. Meek
Brian F. Haara
TACHAU MADDOX HOVIOUS & DICKENS PLC
2700 National City Tower
101 South Fifth Street
Louisville, Kentucky 40202-3116
(502) 588-2000
Counsel for Defendant Eagle Point Software Corporation

2