UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

Eastern District of Kentucky
F I L E D
JUN 10 2004
AT COVINGTON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| CARLSON SOFTWARE, INC. and KENNETH TRENT )))) | |
| PLAINTIFFS )) | |
| v. ) | CIVIL ACTION NO. 04-CV-73-WOB |
| ) | |
| EAGLE POINT SOFTWARE CORPORATION )))) | |
| DEFENDANT. ) | |

### STIPULATED ORDER FOR THIRD ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Plaintiffs Carlson Software, Inc. and Kenneth Trent, and defendant Eagle Point Software Corporation ("Eagle Point"), pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1(b), and based upon on-going settlement discussions, including the exchange of a draft settlement agreement, are in agreement that Eagle Point's time to respond to plaintiffs' Complaint shall be enlarged through and including June 30, 2004. This stipulation is made before the expiration of the period previously agreed for Eagle Point to respond to plaintiffs' Complaint. Eagle Point specifically reserves, and the parties stipulate that Eagle Point has reserved, all defenses, affirmative defenses, challenges to jurisdiction or venue and rights to transfer. The parties will notify the Court immediately upon the finalization of any settlement.

The Court being sufficiently advised;

**IT IS ORDERED** that Eagle Point shall be granted a second enlargement of time to respond to plaintiffs' Complaint through and including June 30, 2004.

Date: 6/10/04

William O. Bertelsman
William O. Bertelsman, Senior Judge
United States District Court

**Have Seen And Agree:**

STITES & HARBISON PLLC  
Gregory P. Parsons  
Mauritia G. Kamer  

_____  
Suite 2300  
250 West Main Street  
Lexington, Kentucky 40507-1758  
(859) 226-2300  

Counsel for Plaintiffs Carlson Software, Inc. and Kenneth Trent

TACHAU MADDOX HOVIOUS & DICKENS PLC  
Dustin E. Meek  
Brian F. Haara  

_____  
2700 National City Tower  
101 South Fifth Street  
Louisville, Kentucky 40202-3116  
(502) 588-2000  

Counsel for Defendant Eagle Point Software Corporation

**Distribution:**

Gregory P. Parsons  
Mauritia G. Kamer  
STITES & HARBISON PLLC  
Suite 2300  
250 West Main Street  
Lexington, Kentucky 40507-1758  
(859) 226-2300  
Counsel for Plaintiffs Carlson Software, Inc. and Kenneth Trent

Dustin E. Meek  
Brian F. Haara  
TACHAU MADDOX HOVIOUS & DICKENS PLC  
2700 National City Tower  
101 South Fifth Street  
Louisville, Kentucky 40202-3116  
(502) 588-2000  
Counsel for Defendant Eagle Point Software Corporation

2