UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

Eastern District of Kentucky
FILED
JUL - 1 2004
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CIVIL ACTION NO. 2004-73 - WOB

CARLSON SOFTWARE, INC., ET AL     PLAINTIFFS

VS.     ORDER

EAGLE POINT SOFTWARE CORP.     DEFENDANT

Counsel for defendant having advised the court that the within matter has been settled,

**IT IS ORDERED** that the parties shall submit to the undersigned for signature an Agreed Entry of Dismissal on or before **July 30, 2004**, failing which the court will enter its own order dismissing this action as settled.

This ___1st___ day of ~~July~~ 2004.

_____
WILLIAM O. BERTELSMAN, JUDGE