UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

Eastern District of Kentucky
**FILED**
JUL 2 0 2004
AT COVINGTON
LESLIE G WHITMER
CLERK U.S. DISTRICT COURT

CARLSON SOFTWARE, INC. and
KENNETH TRENT,

        PLAINTIFFS

v.

EAGLE POINT SOFTWARE
CORPORATION,

        DEFENDANT.

CIVIL ACTION NO. 04-73-WOB

## AGREED ORDER OF DISMISSAL

The parties having agreed and the Court being sufficient advised,

**IT IS HEREBY ORDERED** as follows:

1.     The above-referenced lawsuit, including all claims that have been asserted or could have been asserted therein, are dismissed with prejudice as settled.

Dated: _July 20, 2004_

_William O. Bertelsman_
JUDGE, UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT
OF KENTUCKY

CP14:37246:171697:1:LEXINGTON

THE UNDERSIGNED COUNSEL HAVE
REVIEWED THE FOREGOING ORDER AND
AGREE TO IT ON BEHALF OF THEIR
RESPECTIVE CLIENTS:


Gregory P. Parsons
Stites & Harbison
250 West Main Street, Suite 2300
Lexington, KY 40507
ATTORNEYS FOR PLAINTIFFS,
CARLSON SOFTWARE, INC.
AND KENNETH TRENT


Brian F. Haara
Tachau Maddox Hovious & Dickens PLC
2700 National City Tower
101 South Fifth Street
Louisville, Kentucky 40202-3200
ATTORNEYS FOR DEFENDANT,
EAGLE POINT SOFTWARE CORPORATION